IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RORIC GIBBS,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

  v.                                     Case No.  12-cv-789-slc

BROOKE LOMAS,

    Defendant.

This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Brooke Lomas dismissing this case.

| s/ R.Plender, Deputy Clerk | 8/8/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |